UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL L. THERIOT,
Personal Representative for JDT,
a minor,

             Plaintiff,                 Case no. 11-15130
                                       Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's January 25, 2013 report and

recommendation.  No objections have been filed by the parties.  The court having conducted a

thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's motion to dismiss Plaintiff's complaint is

GRANTED.

                                   s/John Corbett O'Meara
                                   United States District Judge

Date:  March 14, 2013

I hereby certify that a copy of the foregoing document was served upon the parties of
record on this date, March 14, 2013, using the ECF system and/or ordinary mail.

                                   s/William Barkholz
                                   Case Manager